# EXHIBIT A

# Law Offices of Ira T. Nevel, LLC

175 N. FRANKLIN STREET
SUITE 201
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 357-1125
FAX (312) 357-1140
iranevel@nevellaw.com

June 18, 2018

NICOLE T WORTMAN
SHANE W WORTMAN
24633 LINCOLNWAY ST
PLAINFIELD, IL 60544

Loan # ▮▮▮▮▮▮▮

Dear Borrower,

    Your mortgage loan has been referred to our office to file a foreclosure complaint. In the event further activity by this office is necessary, I am required to inform you of the following:

    As of 06/18/2018, you owe U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT $309,456.68. Because of interest, and other charges that may vary from day to day, the amount due on the day you pay may be greater. If you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, please write the undersigned or call (312) 357-1125.

    You have thirty days from the day you receive this notice to dispute any portion of the debt. If you do not dispute the debt within this thirty-day period, we will assume that the debt is valid. If you notify this office in writing during the thirty-day period that you dispute any portion of the debt, this office will obtain written verification of the debt and will mail that written verification to you.

    The law does not require this office to wait until the end of the thirty-day period before suing you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires me to suspend efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you. You may receive a summons during the time you have to dispute the debt. The summons is a command from the court, not from this office, and you must follow its instructions even if you dispute the validity or amount of the debt. The advice in this letter also does not affect our relations with the court. As lawyers, we may file papers in the suit according to the court's rules and the judge's instructions.

June 18, 2018
Page 2

Further, you may send this office a written request within your 30-day period to dispute the debt and we will provide the name and address of the original lender, if that lender is different from the current creditor.

Sincerely,

Aaron Nevel

Law Offices of Ira T. Nevel, LLC

THIS LAW FIRM IS A DEBT COLLECTOR AND WE ARE ATTEMPTING TO COLLECT A DEBT OWED TO OUR CLIENT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.

WRITTEN REQUESTS SHOULD BE ADDRESSED TO LAW OFFICES OF IRA T. NEVEL, LLC, FAIR DEBT COLLECTION DEPARTMENT, 175 NORTH FRANKLIN, SUITE 201, CHICAGO, ILLINOIS 60606. OUR NORMAL BUSINESS HOURS ARE MONDAY-FRIDAY 8:30 AM TO 5:00 PM.

IF YOU ARE CURRENTLY IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY OBTAINED A DISCHARGE OF THE DEBT UNDER APPLICABLE BANKRUPTCY LAW, THIS NOTICE IS FOR INFORMATION ONLY AND IS NOT AN ATTEMPT TO COLLECT THE DEBT, A DEMAND FOR PAYMENT, OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR THAT DEBT. YOU ARE NOT OBLIGATED TO DISCUSS YOUR HOME LOAN WITH THIS OFFICE OR YOUR MORTGAGE LENDER. YOU SHOULD CONSULT WITH YOUR BANKRUPTCY ATTORNEY OR OTHER ADVISOR ABOUT YOUR LEGAL RIGHTS AND OPTIONS.