IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANE W. WORTMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF IRA T. NEVEL, LLC, | Case No. 1:18-cv-04522<br><br>Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Michael T. Mason |

**AGREED STATUS REPORT**

Pursuant to the Court's October 4, 2019 Order (Dkt. 31), the Parties submit the following Agreed Status Report:

1. **Discovery Status:**

   a. The parties have both responded to written discovery.

   b. Plaintiff's deposition was completed on November 2, 2019.

   c. Plaintiff intends on taking Defendant's deposition in January and will confer with Defendant's counsel regarding the scheduling of Defendant's deposition.

2. **Parties' Proposal:**

   a. The parties jointly propose that the Court enter an order (1) requiring the parties to complete fact discovery (including class discovery) by March 27, 2020; and (2) setting a status in April 2020 to set dispositive motion deadlines and trial dates.

Dated: December 6, 2019

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| By: /s/ *Mohammed O. Badwan* | By: */s/ Robert E. Haney* |
| Mohammed O. Badwan | Robert E. Haney |
| SULAIMAN LAW GROUP, LTD. | Noonan & Lieberman |
| 2500 S. Highland Avenue, Suite 200 | 105 W. Adams, Suite 1800 |
| Lombard, IL 60148 | Chicago, Illinois 60603 |
| Phone: (630) 575-8180 | Telephone: 312-431-1455 |
| mbadwan@sulaimanlaw.com | rhaney@noonanlieberman.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |