UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANE W. WORTMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF IRA T. NEVEL, LLC, | Case No. 1:18-cv-04522<br><br>Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Michael T. Mason |

**AGREED STATUS REPORT**

Pursuant to the Court's June 23, 2020 Order [Dkt. 41], the parties submit the following Agreed Status Report:

**a) Progress of Case:**

    a. The parties have completed written discovery.

    b. Plaintiff's deposition was completed on November 2, 2019.

    c. Defendant's deposition is set for July 27, 2020.

    d. Discovery closes on July 31, 2020. [Dkt. 41]

    e. Dispositive Motions must be filed by September 30, 2020. Responses are due on or before October 30, 2020. Replies are due on or before November 20, 2020.

    f. There are currently no unresolved motions or issues that need the Court's attention.

Dated: July 14, 2020

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| By: /s/ *Mohammed O. Badwan* | By: */s/ Robert Haney* |
| Mohammed O. Badwan | Robert Haney |
| Sulaiman Law Group, Ltd. | Noonan & Lieberman |
| 2500 S. Highland Avenue, Suite 200 | 105 W. Adams, Suite 1800 |
| Lombard, IL 60148 | Chicago, Illinois 60603 |
| Phone: (630) 575-8180 | Telephone: 312-431-1455 |
| mbadwan@sulaimanlaw.com | rhaney@noonanlieberman.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |