# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHANE W. WORTMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF IRA T. NEVEL, LLC, | Case No. 1:18-cv-04522<br><br><br>Honorable Charles R. Norgle, Sr. |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

**NOW COME** Plaintiff Shane W. Wortman ("Plaintiff") and Defendant Law Office of Ira T. Nevel ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, jointly requesting that the Court enter an Order extending the deadline to complete discovery by 45 days, up to and including September 14, 2020, and in support thereof, stating as follows:

1. On June 23, 2020, the Court entered an order requiring the Parties to complete fact discovery by July 31, 2020. [Dkt. 41].

2. The Parties have completed written discovery and Plaintiff's deposition.

3. The only outstanding discovery is Defendant's deposition.

4. Defendant's deposition was scheduled twice, the first time for July 14, 2020 and a second time for July 27, 2020. However, due to unforeseeable circumstances, the Parties were unable to complete Defendant's deposition.

5. With respect to the July 14, 2020 deposition, Defendant's deposition did not proceed due to a last minute conflict on Defendant's end.

6. With respect to the July 27, 2020 deposition, the deposition did not proceed due to a COVID infection that affected Plaintiff's counsel's family.

7. Due to the unforeseeable circumstances, the Parties have been unable to complete Defendant's deposition by the July 31, 2020 deadline.

8. The Parties have been working cooperatively together from the inception of this case and anticipate on completing Defendant's deposition as soon as practically possible.

9. The Parties are in the process of coordinating a date for Defendant's deposition and anticipate on locking down a date in the next 14 days.

10. Based on the foregoing, the Parties jointly request that the Court extend the fact discovery deadline 45 days, through September 14, 2020.

11. The Parties further request that the Court extend the deadline to file dispositive motions and corresponding briefing as follows:

   a. Dispositive motion deadline extended through November 16, 2020.

   b. Response deadline extended through December 23, 2020.

   c. Reply deadline extended through January 13, 2021.

12. This is the Parties' first request to extend the discovery deadline.

13. The Parties assert that good cause exists for the relief requested herein.

14. This joint motion is not intended for the purpose of delay.

**WHEREFORE**, the Parties respectfully request that the Court enter an order (1) extending the fact discovery deadline through September 14, 2020; (2) exetending the dispositive motion deadline through November 16, 2020; (3) extending the response deadline through December 23, 2020, and (4) extending the reply deadline through January 13, 2021, and for any further releif this Court deems just and proper.

Dated: July 31, 2020

| PLAINTIFF | DEFENDANT |
|---|---|
| By: /s/ *Mohammed O. Badwan* | By: */s/ Robert Haney* |
| Mohammed O. Badwan | Robert Haney |
| Sulaiman Law Group, Ltd. | Noonan & Lieberman |
| 2500 S. Highland Avenue, Suite 200 | 105 W. Adams, Suite 1800 |
| Lombard, IL 60148 | Chicago, Illinois 60603 |
| Phone: (630) 575-8180 | Telephone: 312-431-1455 |
| mbadwan@sulaimanlaw.com | rhaney@noonanlieberman.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |