**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SHANE W. WORTMAN, | Case No. 1:18-cv-04522 |
| Plaintiff, | |
| v. | |
| LAW OFFICES OF IRA T. NEVEL, LLC, | Honorable Charles R. Norgle, Sr. |

**PLAINTIFFF'S UNOPPOSED MOTION TO EXTEND TIME TO SUMBIT ARTICLE III STANDING BRIEF**

**NOW COMES** SHANE WORTMAN ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to submit his Article III standing brief, and in support thereof, stating as follows:

1. On November 16, 2020, Defendant Law Offices of Ira T. Nevel, LLC filed its Motion for Summary Judgment ("Defendant's Motion") seeking to dispose of Plaintiff's Fair Debt Collection Practices Act ("FDCPA") claims in their entirety ("Defendant's Motion"). [Dkt. 49-51]

2. On January 26, 2021, briefing on Defendant's Motion was completed.[Dkt. 58]

3. On April 22, 2021, the Court issued a sua sponte Order requesting additional briefing concerning whether Plaintiff's injuries satisfy the Article III standing requirement. [Dkt. 60].

1

4.    The Order requires (1) Plaintiff to submit his opening brief on or before May 13, 2021, (2) Defendant to submit its response brief on or before May 27, 2021, and (3) Plaintiff to submit his reply brief on or before June 10, 2021. *Id.*

5.    Due to competing professional deadlines and an Islamic holiday that the undersigned will be observing, Plaintiff's counsel is respectfully requesting a 7 day extension, through May 20, 2021 to submit his opening brief.

6.    Counsel for Plaintiff conferred with Defendant's counsel about the relief sought herein, and Defendant has no objection provided Defendant is granted an additional 7 days to submit its reply brief.

7.    The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending (1) Plaintiff's deadline to submit his opening brief through May 20, 2021, (2) Defendant's deadline to submit its reply through June 3, 2021, and (3) Plaintiff's deadline to submit his reply brief through June 17, 2021.

Respectfully submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60137
Phone (630)575-8180
Fax: (630)575-8188
mbadwan@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Mohammed O. Badwan, certify that on May 12, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

<u>/s/ *Mohammed O. Badwan*</u>